**Vincent John HALL, Plaintiff–Appellant,**

v.

**Kevin GRANT, Defendant–Appellee.**

No. 02–7203.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 19, 2002.

Decided Dec. 31, 2002.

Vincent John Hall, Appellant Pro Se.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Vincent John Hall appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice for failure to exhaust state remedies his complaint asserting denial of a parole hearing. We have re-

viewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Hall v. Grant,* No. CA–02–817 (D.S.C. July 31, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*